THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSE SANCHEZ, ISMAEL RAMOS CONTRERAS, and ERNEST GRIMES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF BORDER PATROL, UNITED STATES CUSTOMS & BORDER PROTECTION, DEPARTMENT OF HOMELAND SECURITY; JOHN C. BATES, Chief Patrol Agent, Blaine Sector of the United States Border Patrol, in his official capacity; JANET NAPOLITANO, Secretary, Department of Homeland Security, in her official capacity; DAVID AGUILAR, Acting Commissioner, United States Customs & Border Protection, in his official capacity; MICHAEL J. FISHER, Chief of the United States Border Patrol, in his official capacity; and JAY CUMBOW, Agent in Charge for the Port Angeles Office of the Olympic Peninsula of the United States Border Patrol, in his official capacity,<br><br>Defendants. | No. 12-cv-05378-BHS<br><br>STIPULATION AND ORDER REGARDING DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION<br><br>NOTED ON MOTIONS CALENDAR:<br>January 4, 2013 |

STIPULATION AND [PROPOSED] AMENDED
SCHEDULING ORDER
(NO. 12-CV-05378-BHS) – 1

82900-0001/LEGAL25504852.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## STIPULATION

The deadline for Plaintiffs to file a motion for class certification currently is January 18, 2013. *See* Dkt. #37. The parties are actively engaged in discovery relating to class certification issues (and other matters), but the parties now recognize that an insufficient amount of that discovery can be completed in time for orderly presentation of a motion for class certification within the current deadline despite the parties' reasonably diligent efforts, in part due to the need to resolve confidentiality issues and Defendants production of documents requested by Plaintiffs. The parties, therefore, agree and stipulate that the deadline for Plaintiffs' filing of a motion for class certification be extended six weeks, making said deadline March 1, 2013.

Under Fed. R. Civ. P. 6(b), the Court may extend a deadline for "good cause." The same applies to the deadline for filing a motion for class certification in Local Rule 23(i)(3). Here, the parties stipulate and respectfully request that there is good cause under Fed. R. Civ. P. 6(b) and Local Rule 23(i)(3) for the Court to issue the attached proposed Amended Scheduling Order.

DATED: January 4, 2013

/s/Nicholas P. Gellert
Nicholas P. Gellert, WSBA No. 18041
NGellert@perkinscoie,com
Brendan J. Peters, WSBA No. 34490
BPeters@perkinscoie.com
Javier F. Garcia, WSBA No. 38259
JGarcia@perkinscoie.com
Steven D. Merriman, WSBA 44035
SMerriman@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Cooperating Attorneys for the ACLU and NWIRP

STIPULATION AND [PROPOSED] ORDER
(NO. 12-CV-05378-BHS) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

82900-0001/LEGAL25504852.1

DATED: January 4, 2013

Sarah Dunne, WSBA No. 34869
La Rond Baker, WSBA No. 43610
**ACLU of Washington Foundation**
901 5th Ave, Suite 630
Seattle, WA 98164
Telephone: 206.624.2184

Matt Adams, WSBA No. 28287
**Northwest Immigrant Rights Project**
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone: 206.957.8611
Facsimile: 206.587.4009
Attorneys for Plaintiffs

/s/Timothy Belsan
Timothy Belsan
United States Department of Justice
Office of Immigration Litigation
District Court Section
Ben Franklin Station, P.O. Box 868
Washington, DC 20044

Rebecca S. Cohen
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER
(NO. 12-CV-05378-BHS) – 3

82900-0001/LEGAL25504852.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## ORDER

The Court, having considered the proposed amended scheduling order submitted in this action, and good cause appearing therefore,

**IT IS HEREBY ORDERED**, that the deadline for filing class certification motion is extended from January 18, 2013 to March 1, 2013. All other dates on the case schedule remain unchanged.

**DATED** this 7 day of January, 2013.

_____
Honorable Benjamin H. Settle

STIPULATION AND [PROPOSED] ORDER
(NO. 12-CV-05378-BHS) – 4

82900-0001/LEGAL25504852.1

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000