THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSE SANCHEZ, ISMAEL RAMOS CONTRERAS, and ERNEST GRIMES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF BORDER PATROL, UNITED STATES CUSTOMS & BORDER PROTECTION, DEPARTMENT OF HOMELAND SECURITY; JOHN C. BATES, Chief Patrol Agent, Blaine Sector of the United States Border Patrol, in his official capacity; JANET NAPOLITANO, Secretary, Department of Homeland Security, in her official capacity; DAVID AGUILAR, Acting Commissioner, United States Customs & Border Protection, in his official capacity; MICHAEL J. FISHER, Chief of the United States Border Patrol, in his official capacity; and JAY CUMBOW, Agent in Charge for the Port Angeles Office of the Olympic Peninsula of the United States Border Patrol, in his official capacity,<br><br>Defendants. | No. 12-cv-05378-BHS<br><br>STIPULATION AND ORDER TO STAY LITIGATION<br><br>NOTED ON MOTIONS CALENDAR:<br>February 12th, 2013 |

JOINT STIPULATION AND [PROPOSED]
ORDER TO STAY LITIGATION
(NO. 12-05378-BHS) – 1
LEGAL25812032.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

The parties have been actively engaged in discovery, in part aimed at the issues to be addressed in a motion for class certification, which motion currently is due to be filed on March 1, 2013. The parties recently have initiated good faith settlement discussions. The parties agree that it is in their respective best interests, and in the interest of judicial economy and efficiency, that they now focus their attention and resources on resolving this matter without simultaneously trying to complete pending discovery and motion practice.

The parties, therefore, agree and stipulate to stay the litigation entirely until March 15, 2013, in order to allow the parties to focus their attention and resources on negotiations of a potential settlement. On or before March 15, 2013, the parties agree to submit a joint status report indicating whether discussions have been successful in achieving a settlement, and, if not, proposing a new schedule resetting case deadlines.

The parties hereby stipulate and respectfully request that there is good cause under Fed. R. Civ. P. 16(b)(4) and CR 10(g) for the Court to issue the attached proposed Order to Stay Litigation.

JOINT STIPULATION AND [PROPOSED]
ORDER TO STAY LITIGATION
(NO. 12-05378-BHS) – 2
LEGAL25812032.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## ORDER

The Court, having considered the parties' joint stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED**, that all proceedings and deadlines in this case are stayed until March 15, 2013;

**IT IS FURTHER ORDERED**, that, on or before March 15, 2013, the parties shall submit a joint status report indicating whether discussions have been successful in achieving a settlement, and, if not, proposing a new schedule resetting case deadlines.

**DATED** this ____ day of February, 2013.

_____
Honorable Benjamin H. Settle

JOINT STIPULATION AND [PROPOSED]
ORDER TO STAY LITIGATION
(NO. 12-05378-BHS) – 3
LEGAL25812032.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this 12th day of February, 2013.

/s/Nicholas P. Gellert
Nicholas P. Gellert, WSBA No. 18041
NGellert@perkinscoie,com
Brendan J. Peters, WSBA No. 34490
BPeters@perkinscoie.com
Javier F. Garcia, WSBA No. 38259
JGarcia@perkinscoie.com
Steven D. Merriman, WSBA 44035
SMerriman@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Cooperating Attorneys for the ACLU and NWIRP

Sarah Dunne, WSBA No. 34869
La Rond Baker, WSBA No. 43610
**ACLU of Washington Foundation**
901 5th Ave, Suite 630
Seattle, WA 98164
Telephone:  206.624.2184

Matt Adams, WSBA No. 28287
**Northwest Immigrant Rights Project**
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone:  206.957.8611
Facsimile:  206.587.4009

Attorneys for Plaintiffs

/s/Timothy Belsan
Timothy Belsan
United States Department of Justice
Office of Immigration Litigation
District Court Section
Ben Franklin Station, P.O. Box 868
Washington, DC 20044

Rebecca S. Cohen
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

Attorneys for Defendants

JOINT STIPULATION AND[PROPOSED]
ORDER TO STAY LITIGATION
(NO. 12-05378-BHS) – 4
LEGAL25812032.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000