THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE SANCHEZ, ISMAEL RAMOS CONTRERAS, and ERNEST GRIMES, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OFFICE OF BORDER PATROL, UNITED STATES CUSTOMS & BORDER PROTECTION, DEPARTMENT OF HOMELAND SECURITY; JOHN C. BATES, Chief Patrol Agent, Blaine Sector of the United States Border Patrol, in his official capacity; JANET NAPOLITANO, Secretary, Department of Homeland Security, in her official capacity; DAVID AGUILAR, Acting Commissioner, United States Customs & Border Protection, in his official capacity; MICHAEL J. FISHER, Chief of the United States Border Patrol, in his official capacity; and JAY CUMBOW, Agent in Charge for the Port Angeles Office of the Olympic Peninsula of the United States Border Patrol, in his official capacity,<br><br>　　　　　　　Defendants. | No. 3:12-CV-05378 BHS<br><br>JOINT STATUS REPORT |

Plaintiffs Jose Sanchez, Ismael Ramos Contreras, and Ernest Grimes (collectively, "Plaintiffs") and defendants United States Office of Border Patrol, United States Customs & Border Protection, Department of Homeland Security ("DHS"), John C. Bates, Janet Napolitano, Thomas Winkowski,[1] Michael J. Fisher, and Jay Cumbow (collectively, "Defendants") jointly and respectfully submit this Joint Status Report.

On June 24, 2013, the Court entered an Order on stipulation extending the stay of all activity in this matter until August 21, 2013, and requiring the parties to submit a joint status report on or before August 21 as to whether the parties were successful in achieving a settlement. Dkt. No. 53. The parties have now drafted a settlement agreement and are in the final stages of obtaining approval of the settlement from the Department of Justice. The parties anticipate finalizing and executing the agreement within the next two weeks, and filing dismissal paperwork immediately thereafter. Because dismissal of this action is certain and will occur in the near future, the parties do not believe a further extension of the stay is necessary at this time.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Thomas Winkowski, the Acting Commissioner of CBP, has been substituted as defendant in place of his predecessor, David Aguilar.

| | |
|---|---|
| DATED: August 21, 2013 | /s/ Nicholas P. Gellert_____ |
| | Nicholas P. Gellert, WSBA No. 18041 |
| | NGellert@perkinscoie,com |
| | Brendan J. Peters, WSBA No. 34490 |
| | BPeters@perkinscoie.com |
| | Javier F. Garcia, WSBA No. 38259 |
| | JGarcia@perkinscoie.com |
| | Steven D. Merriman, WSBA 44035 |
| | SMerriman@perkinscoie.com |
| | **Perkins Coie LLP** |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101-3099 |
| | Telephone: 206.359.8000 |
| | Facsimile: 206.359.9000 |
| | |
| | Cooperating Attorneys for the ACLU and NWIRP |
| | |
| | Sarah Dunne, WSBA No. 34869 |
| | La Rond Baker, WSBA No. 43610 |
| | **ACLU of Washington Foundation** |
| | 901 5th Ave, Suite 630 |
| | Seattle, WA 98164 |
| | Telephone: 206.624.2184 |
| | |
| | Matt Adams, WSBA No. 28287 |
| | **Northwest Immigrant Rights Project** |
| | 615 Second Ave., Ste. 400 |
| | Seattle, WA 98104 |
| | Telephone: 206.957.8611 |
| | Facsimile: 206.587.4009 |
| | |
| | Attorneys for Plaintiffs |

JOINT STATUS REPORT (NO. 3:12-CV-5378) – 3

**OFFICE OF THE UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206.556.7970

DATED: August 21, 2013

/s/ Timothy Belsan
Timothy Belsan
United States Department of Justice
Office of Immigration Litigation
District Court Section
Ben Franklin Station, P.O. Box 868
Washington, DC 20044

Rebecca S. Cohen
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

On this 21st day of August, 2013, I caused to be served upon the following, at the addresses stated below, via the method of service indicated, a true and correct copy of the foregoing document to the individuals below:

>Nicholas P. Gellert
>Brendan J. Peters
>Javier F. Garcia
>Steven D. Merriman
>Perkins Coie L.L.P.
>1201 Third Ave., Ste. 4800
>Seattle, WA 98101-3099
>
>Sarah A. Dunne
>LaRond Baker
>ACLU of Washington Foundation
>901 - 5th Ave., Ste. 630
>Seattle, WA 98164
>
>Matt Adams
>Northwest Immigrant Rights Project
>615 Second Ave., Ste. 400
>Seattle, WA 98104

DATED at Seattle, Washington, this 21st day of August, 2013.

>/s/ Sharon Gore
>Sharon Gore
>Office of the United States Attorney